**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TOMMY DEWAYNE LAY,**

    **Plaintiff,**

**-vs-**      **Case No. 6:11-cv-1544-Orl-28DAB**

**LORI M. LAY (MCCONKEY),**

    **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion to Appear In Forma Pauperis (Doc. No. 2) filed September 21, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the Complaint dismissed.

After an independent *de novo* review of the record in this matter, and consideration of the Objection filed by Plaintiff (Doc. No. 4) to the Report and Recommendation,[1] the Objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 23, 2011 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Appear In Forma Pauperis (Doc. No. 2) is **DENIED**.

3. The Complaint is dismissed.

4. The Clerk of the Court is directed to close this file.

---

[1] The Court notes the Objection was untimely filed. See Report and Recommendation and Fed. R. Civ. P. 6(d).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___17th___ day of October, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge